Lauren Welling, Esq. (SBN 291813)
lwelling@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
16755 Von Karman Ave., Suite 200
Irvine, CA 92606
Phone: 516-741-5600 ext. 8156
Fax: 213-477-2860

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT FOR

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GESMER,<br><br>              Plaintiff,<br><br>       v.<br><br>CARTIVA, INC.; WRIGHT MEDICAL GROUP, N.V.; STRYKER, B.V.<br><br>              Defendants. | Case No. 4:22-cv-01609-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that all claims asserted against Wright Medical Group N.V. are hereby dismissed without prejudice. Each party will bear its own costs and fees.

DATED: July 22, 2022                    Respectfully submitted,

                                        **MILBERG COLEMAN BRYSON PHILLIPS**
                                        **GROSSMAN, LLC**


                                        By:  */s/ Lauren Welling*

|   |
|---|
| Lauren Aliz Welling |
| Attorney for Plaintiff **GABRIEL GESMER** |

## CERTIFICATE OF SERVICE

On July 22, 2022, I electronically filed the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys and counsel of record.

Executed on July 22, 2022, at Irvine, California.

 /s/ Lauren A. Welling
Lauren A. Welling (291813)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC 16755 Von
Karman Ave., Suite 200 Irvine, CA 92606
Tel: (516) 741-5600
Fax: (213) 477-2860
lwelling@milberg.com