Lauren Welling, Esq. (SBN 291813)
lwelling@milberg.com
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
16755 Von Karman Ave., Suite 200
Irvine, CA 92606
Phone: 516-741-5600 ext. 8156
Fax: 213-477-2860

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GESMER,<br><br>           Plaintiff,<br><br>     v.<br><br>CARTIVA, INC.; WRIGHT MEDICAL GROUP, N.V.; STRYKER, B.V.<br><br>           Defendants. | Case No. 4:22-cv-01609-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given that the above entitled action, and any and all claims therein, shall be, and hereby is, dismissed without prejudice.  Each party will bear its own costs and fees.

DATED: September 11, 2022            Respectfully submitted,

                                                              **MILBERG COLEMAN BRYSON**
                                                              **PHILLIPS GROSSMAN, LLC**

|   |   |
|---|---|
| 1 |   |
| 2 | By:  /s/ Lauren Aliz Welling |
| 3 | Lauren Aliz Welling |
| 4 | Attorney for Plaintiff |
| 5 | **GABRIEL GESMER** |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 11, 2022, the foregoing was electronically filed with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

By: /s/ Lauren A. Welling
Lauren A. Welling
lwelling@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
16755 Von Karman Ave., Suite 200
Irvine, CA 92606
Phone: 516-741-5600 ext. 8156
Fax: 213-477-2860
